Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JILL L. STOFFEL | 6:12-CV-00513-ST |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $5,550.31. Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 130 S.Ct. 2521 (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

It is so ORDERED

Dated this 10th, day of July, 2013

_____
United States Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1